AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 06/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Morgan, Lewis & Bockius Defined Contribution Plan | A | Interest | P1 | T | | | | | |
| 2. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 3. - Dodge & Cox International Stock Fund | | | | | | | | | |
| 4. - DFA US Small Cap Portfolio; Class I | | | | | | | | | |
| 5. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 6. Morgan Lewis & Bockius Tax Saver Retirement Plan | A | Interest | O | T | | | | | |
| 7. - Conestoga Small Cap Fund - Institutional Class | | | | | | | | | |
| 8. - Royce Opp. Fund - Institutional Shares | | | | | | | | | |
| 9. - Vanguard Institutional Index Fund | | | | | | | | | |
| 10. - Vanguard Admiral Growth Fund | | | | | | | | | |
| 11. - Vanguard Winter 2 Admiral Fund | | | | | | | | | |
| 12. - Vanguard Prime Money Market Fund - Institutional Shares | | | | | | | | | |
| 13. - Vanguard Total Bound Market - Joint Shares | | | | | | | | | |
| 14. - William Blair International Growth Fund - Class I | | | | | | | | | |
| 15. - Goldman Sachs Global Income Fund Institutional Shares | | | | | | | | | |
| 16. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 17. Rental Property Kiawah Island, SC (2010 $1.8 million) | E | Rent | P1 | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property Syosset, NY 11791 (2014 $2 million) (X) | A | Rent | P1 | R | | | | | |
| 19. AB Discovery Growth Fund | A | Dividend | K | T | Buy (add'l) | 03/26/15 | J | | |
| 20. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 21. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 22. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 23. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 24. | | | | | Buy (add'l) | 10/23/15 | J | | |
| 25. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 26. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 27. | | | | | Sold (part) | 12/02/15 | J | A | |
| 28. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 29. AB Discovery Value Fund | A | Dividend | K | T | Buy (add'l) | 03/26/15 | J | | |
| 30. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 31. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 32. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 33. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 34. | | | | | Buy (add'l) | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 36. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 37. | | | | | Sold (part) | 12/02/15 | J | A | |
| 38. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 39. Actavis | A | Dividend | | | Sold | 10/14/15 | J | A | |
| 40. AETNA | A | Dividend | K | T | Sold (part) | 06/24/15 | J | A | |
| 41. | | | | | Sold (part) | 08/10/15 | J | B | |
| 42. Affiliated Managers Group, Inc. | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 43. | | | | | Buy (add'l) | 02/10/15 | J | | |
| 44. | | | | | Buy (add'l) | 04/10/15 | J | | |
| 45. | | | | | Sold (part) | 06/03/15 | J | B | |
| 46. | | | | | Sold (part) | 06/08/15 | J | A | |
| 47. | | | | | Sold (part) | 08/13/15 | J | A | |
| 48. | | | | | Sold | 08/26/15 | J | A | |
| 49. Allergan Inc. | A | Dividend | | | Sold (part) | 02/05/15 | J | D | |
| 50. | | | | | Sold (part) | 08/13/15 | J | A | |
| 51. | | | | | Sold (part) | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/14/15 | J | A | |
| 53. AllianceBernstein Multi-manager Alternative Fund | A | Dividend | N | T | | | | | |
| 54. Allstate | A | Dividend | | | Buy (add'l) | 01/06/15 | J | | |
| 55. | | | | | Sold | 01/08/15 | J | A | |
| 56. Alphabet Inc. (formerly Google Inc.) | A | Dividend | K | T | Buy (add'l) | 07/17/15 | J | | |
| 57. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 58. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 59. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 60. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 61. AMDOCS Ltd. | A | Dividend | J | T | Sold (part) | 01/06/15 | J | A | |
| 62. American Electric Power | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 63. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 64. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 65. American Express Co. | A | Dividend | | | Sold | 01/07/15 | J | B | |
| 66. American International Group | A | Dividend | | | Buy (add'l) | 02/27/15 | J | | |
| 67. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 68. | | | | | Sold (part) | 06/03/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/31/15 | J | A | |
| 70. | | | | | Sold (part) | 09/04/15 | J | A | |
| 71. | | | | | Sold (part) | 09/08/15 | J | A | |
| 72. | | | | | Sold (part) | 09/10/15 | J | A | |
| 73. | | | | | Sold | 09/14/15 | J | B | |
| 74. American Tower Corp. | A | Dividend | | | Sold (part) | 05/28/15 | J | A | |
| 75. | | | | | Sold (part) | 05/29/15 | J | A | |
| 76. | | | | | Sold (part) | 06/03/15 | J | A | |
| 77. | | | | | Sold | 06/05/15 | J | A | |
| 78. AMG GW&K Small Cap | A | Dividend | O | T | Buy (add'l) | 01/06/15 | J | | |
| 79. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 80. Amphenol Corp. - CL A | A | Dividend | J | T | Sold (part) | 01/07/15 | J | A | |
| 81. | | | | | Sold (part) | 01/20/15 | J | A | |
| 82. Ansys Inc. | A | Dividend | K | T | Buy (add'l) | 05/28/15 | J | | |
| 83. | | | | | Sold (part) | 08/26/15 | J | A | |
| 84. | | | | | Sold (part) | 12/02/15 | J | A | |
| 85. Anthem Inc. | A | Dividend | K | T | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 87. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 88. | | | | | Sold (part) | 06/24/15 | J | A | |
| 89. | | | | | Sold (part) | 07/23/15 | J | A | |
| 90. | | | | | Sold (part) | 08/03/15 | J | A | |
| 91. | | | | | Sold (part) | 11/20/15 | J | A | |
| 92. Aon | A | Dividend | J | T | Buy (add'l) | 01/12/15 | J | | |
| 93. | | | | | Buy (add'l) | 01/20/15 | J | | |
| 94. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 95. | | | | | Sold (part) | 03/25/15 | J | A | |
| 96. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 97. | | | | | Buy (add'l) | 05/28/15 | J | | |
| 98. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 99. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 100. | | | | | Sold (part) | 08/25/15 | J | A | |
| 101. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 102. | | | | | Buy (add'l) | 10/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/16/15 | J | A | |
| 104. | | | | | Sold (part) | 11/17/15 | J | A | |
| 105. | | | | | Sold (part) | 11/19/15 | J | A | |
| 106. | | | | | Sold (part) | 12/02/15 | J | A | |
| 107. | | | | | Sold (part) | 12/21/15 | J | A | |
| 108. Apple Inc. | A | Dividend | K | T | Sold (part) | 01/05/15 | J | A | |
| 109. | | | | | Buy (add'l) | 02/12/15 | J | | |
| 110. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 111. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 112. | | | | | Buy (add'l) | 06/03/15 | J | | |
| 113. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 114. | | | | | Sold (part) | 11/16/15 | J | A | |
| 115. | | | | | Sold (part) | 12/02/15 | J | A | |
| 116. Applied Materials Inc. | A | Dividend | K | T | Buy | 06/05/15 | J | | |
| 117. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 118. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 119. | | | | | Buy (add'l) | 11/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 121. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 122. | | | | | Sold (part) | 12/21/15 | J | A | |
| 123. Artisan Int'l Fund | A | Dividend | N | T | Buy (add'l) | 01/06/15 | J | | |
| 124. | | | | | Sold (part) | 06/18/15 | J | A | |
| 125. | | | | | Buy (add'l) | 06/18/15 | J | | |
| 126. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 127. Autozone Inc. | A | Dividend | | | Sold (part) | 07/13/15 | J | A | |
| 128. | | | | | Sold (part) | 07/14/15 | J | A | |
| 129. | | | | | Sold (part) | 07/16/15 | J | A | |
| 130. | | | | | Sold (part) | 08/21/15 | J | A | |
| 131. | | | | | Sold | 10/02/15 | J | A | |
| 132. Ball Corp. | A | Dividend | J | T | Buy (add'l) | 01/21/15 | J | | |
| 133. | | | | | Sold (part) | 12/21/15 | J | A | |
| 134. Bank of America | A | Dividend | K | T | Buy (add'l) | 06/22/15 | J | | |
| 135. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 136. | | | | | Buy (add'l) | 09/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/16/15 | J | A | |
| 138. | | | | | Sold (part) | 12/02/15 | J | A | |
| 139. | | | | | Sold (part) | 12/21/15 | J | A | |
| 140. Becton Dickinson & Co. | A | Dividend | | | Sold | 01/06/15 | J | C | |
| 141. Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 142. Bernstein Emerging Markets Portfolio | A | Dividend | L | T | Buy (add'l) | 09/23/15 | K | | |
| 143. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 144. Bernstein International Portfolio | B | Dividend | L | T | Sold (part) | 01/22/15 | J | A | |
| 145. | | | | | Sold (part) | 04/23/15 | J | A | |
| 146. | | | | | Sold (part) | 07/22/15 | J | A | |
| 147. | | | | | Sold (part) | 10/21/15 | J | A | |
| 148. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 149. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 01/20/15 | J | | |
| 150. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 151. | | | | | Buy (add'l) | 03/20/15 | J | | |
| 152. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 153. | | | | | Buy (add'l) | 05/20/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 155. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 156. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 157. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 158. | | | | | Buy (add'l) | 09/23/15 | L | | |
| 159. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 160. | | | | | Buy (add'l) | 11/20/15 | J | | |
| 161. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 162. | | | | | Sold (part) | 12/21/15 | J | A | |
| 163. Bernstein Tax Managed International Portfolio | D | Dividend | N | T | Buy (add'l) | 09/23/15 | K | | |
| 164. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 165. | | | | | Sold (part) | 12/21/15 | J | A | |
| 166. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 12/15/15 | K | | |
| 167. | | | | | Sold (part) | 12/21/15 | K | A | |
| 168. Bernstein Tax-Aware Overlay N Portfolio Class 1 (no control) | D | Dividend | P1 | T | Buy (add'l) | 09/23/15 | K | | |
| 169. | | | | | Buy (add'l) | 12/15/15 | K | | |
| 170. Biogen Idec Inc. | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 12/29/15 | J | A | |
| 172. Blackrock Global Allocations Fd Inc. | A | Dividend | J | T | | | | | |
| 173. Blackrock High Yield | A | Dividend | M | T | Buy | 08/18/15 | J | | |
| 174. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 175. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 176. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 177. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 178. | | | | | Sold (part) | 12/16/15 | J | A | |
| 179. Boeing Co. | A | Dividend | | | Sold | 01/05/15 | J | B | |
| 180. Booz Allen Hamilton Holding | A | Dividend | | | Buy (add'l) | 01/12/15 | J | | |
| 181. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 182. | | | | | Sold (part) | 03/20/15 | J | A | |
| 183. | | | | | Sold (part) | 03/25/15 | J | A | |
| 184. | | | | | Sold | 05/14/15 | J | A | |
| 185. Brocade Communications | A | Dividend | | | Sold (part) | 10/01/15 | J | A | |
| 186. | | | | | Sold | 10/07/15 | J | A | |
| 187. Capital One Financial Corp. | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 189. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 190. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 191. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 192. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 193. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 194. | | | | | Sold (part) | 11/16/15 | J | A | |
| 195. | | | | | Sold (part) | 11/17/15 | J | A | |
| 196. | | | | | Sold (part) | 12/02/15 | J | A | |
| 197. | | | | | Sold (part) | 12/21/15 | J | A | |
| 198. CF Industries Holdings Inc. | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 199. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 200. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 201. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 202. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 203. | | | | | Buy (add'l) | 11/19/15 | J | | |
| 204. | | | | | Buy (add'l) | 11/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 12/31/15 | J | A | |
| 206. Chubb Corp. | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 207. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 208. | | | | | Sold (part) | 03/18/15 | J | A | |
| 209. | | | | | Sold (part) | 03/23/15 | J | A | |
| 210. | | | | | Sold (part) | 03/26/15 | J | A | |
| 211. | | | | | Sold (part) | 04/13/15 | J | A | |
| 212. | | | | | Sold | 04/23/15 | J | A | |
| 213. Cintas Corp. | A | Dividend | K | T | | | | | |
| 214. Citibank-Checking | B | Interest | K | T | | | | | |
| 215. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 216. Citibank Insured Money Mkt. Acct. | A | Interest | K | T | | | | | |
| 217. Citibank Insured Money Mkt Acct. | A | Interest | J | T | | | | | |
| 218. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 219. Citibank-Insured Money Market | C | Interest | K | T | | | | | |
| 220. Citizens Financial Group | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 221. | | | | | Buy (add'l) | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 223. Clearbridge Aggr Gwth | A | Dividend | M | T | Buy (add'l) | 12/09/15 | J | | |
| 224. Clearbridge Appreciation Fund | E | Dividend | M | T | | | | | |
| 225. Comcast Corp. | A | Dividend | K | T | Sold (part) | 03/25/15 | J | A | |
| 226. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 227. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 228. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 229. | | | | | Sold (part) | 11/16/15 | J | A | |
| 230. | | | | | Sold (part) | 12/10/15 | J | A | |
| 231. | | | | | Sold (part) | 12/21/15 | J | A | |
| 232. | | | | | Sold (part) | 12/23/15 | J | A | |
| 233. Costco Wholesale Corp. | A | Dividend | K | T | Sold (part) | 08/24/15 | J | A | |
| 234. | | | | | Sold (part) | 12/21/15 | J | A | |
| 235. Crane Co. | A | Dividend | | | Sold | 08/17/15 | J | A | |
| 236. CVS / Caremark Corp. | A | Dividend | K | T | Buy (add'l) | 02/25/15 | J | | |
| 237. | | | | | Buy (add'l) | 03/19/15 | J | | |
| 238. | | | | | Buy (add'l) | 03/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 12/02/15 | J | A | |
| 240. Danaher Corp. | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 241. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 242. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 243. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 244. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 245. | | | | | Sold (part) | 03/19/15 | J | A | |
| 246. | | | | | Sold (part) | 04/21/15 | J | A | |
| 247. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 248. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 249. | | | | | Sold (part) | 09/09/15 | J | A | |
| 250. | | | | | Sold (part) | 09/10/15 | J | A | |
| 251. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 252. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 253. Davis NY Venture Fund - Mutual Fund | A | Dividend | M | T | | | | | |
| 254. Delta Air Lines, Inc. | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 255. | | | | | Buy (add'l) | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/02/15 | J | A | |
| 257. Discover Financial Services | A | Dividend | K | T | Buy | 04/20/15 | J | | |
| 258. | | | | | Buy (add'l) | 04/22/15 | J | | |
| 259. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 260. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 261. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 262. | | | | | Sold (part) | 12/21/15 | J | A | |
| 263. Dollar General Corp. | A | Dividend | K | T | Buy (add'l) | 03/20/15 | J | | |
| 264. | | | | | Buy (add'l) | 03/23/15 | J | | |
| 265. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 266. | | | | | Sold (part) | 12/02/15 | J | A | |
| 267. | | | | | Sold (part) | 12/21/15 | J | A | |
| 268. Dow Chemical | A | Dividend | | | Sold | 01/29/15 | J | A | |
| 269. Dr. Pepper Snapple Group Inc. | A | Dividend | K | T | Sold (part) | 07/02/15 | J | A | |
| 270. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 271. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 272. DTE Energy Corp. | A | Dividend | | | Sold (part) | 02/09/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 02/19/15 | J | A | |
| 274. Ebay Inc. | A | Dividend | J | T | Buy (add'l) | 02/06/15 | J | | |
| 275. | | | | | Buy (add'l) | 05/22/15 | J | | |
| 276. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 277. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 278. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 279. | | | | | Sold (part) | 11/16/15 | J | A | |
| 280. | | | | | Sold (part) | 12/21/15 | J | A | |
| 281. Edison International | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 282. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 283. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 284. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 285. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 286. Electronic Arts Inc. | A | Dividend | | | Sold (part) | 05/04/15 | J | B | |
| 287. | | | | | Sold (part) | 07/24/15 | J | C | |
| 288. | | | | | Sold (part) | 08/13/15 | J | B | |
| 289. | | | | | Sold (part) | 09/01/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. | | | | | Sold | 10/07/15 | J | C | |
| 291. EMC Corp/Mass | A | Dividend | | | Buy (add'l) | 02/19/15 | J | | |
| 292. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 293. | | | | | Sold (part) | 12/17/15 | J | A | |
| 294. | | | | | Sold (part) | 12/18/15 | J | A | |
| 295. | | | | | Sold | 12/21/15 | J | A | |
| 296. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 297. EOG RES Inc. | A | Dividend | K | T | Sold (part) | 03/11/15 | J | A | |
| 298. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 299. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 300. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 301. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 302. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 303. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 304. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 305. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 306. Estee Lauder Companies | A | Dividend | J | T | Sold (part) | 12/02/15 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Everest RE Group Ltd. | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 308. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 309. | | | | | Sold (part) | 02/23/15 | J | B | |
| 310. | | | | | Sold | 02/27/15 | J | A | |
| 311. Exelon | A | Dividend | J | T | | | | | |
| 312. F5 Networks Inc. | A | Dividend | J | T | Sold (part) | 03/18/15 | J | A | |
| 313. Facebook Inc. - A | A | Dividend | K | T | Buy (add'l) | 01/15/15 | J | | |
| 314. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 315. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 316. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 317. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 318. | | | | | Sold (part) | 12/21/15 | J | A | |
| 319. Fidelity National Information | A | Dividend | | | Sold (part) | 04/17/15 | J | C | |
| 320. | | | | | Sold | 10/19/15 | J | A | |
| 321. Fiserv Inc. | A | Dividend | J | T | | | | | |
| 322. Ford Motor Co. | A | Dividend | | | Sold (part) | 09/03/15 | J | A | |
| 323. | | | | | Sold (part) | 09/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 09/10/15 | J | A | |
| 325. | | | | | Sold (part) | 09/14/15 | J | A | |
| 326. | | | | | Sold | 10/01/15 | J | A | |
| 327. Gamestop Corp. | A | Dividend | J | T | Sold (part) | 12/02/15 | J | A | |
| 328. Gilead Sciences Inc. | A | Dividend | K | T | Buy (add'l) | 02/06/15 | J | | |
| 329. GP Strategies Corp. | | None | J | T | | | | | |
| 330. Goldman Sachs Group Inc. | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 331. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 332. | | | | | Sold (part) | 04/16/15 | J | A | |
| 333. | | | | | Sold (part) | 08/06/15 | J | A | |
| 334. | | | | | Sold (part) | 09/04/15 | J | A | |
| 335. | | | | | Sold | 10/05/15 | J | A | |
| 336. Harding Loevner | A | Dividend | | | Sold | 08/17/15 | J | A | |
| 337. Health Net Inc. | A | Dividend | | | Sold (part) | 04/08/15 | J | A | |
| 338. | | | | | Sold | 04/27/15 | J | A | |
| 339. Hess Corp. | A | Dividend | | | Sold (part) | 01/16/15 | J | A | |
| 340. | | | | | Buy (add'l) | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 03/12/15 | J | | |
| 342. | | | | | Sold<br>(part) | 07/20/15 | J | A | |
| 343. | | | | | Sold<br>(part) | 10/08/15 | J | A | |
| 344. | | | | | Sold<br>(part) | 10/13/15 | J | A | |
| 345. | | | | | Sold<br>(part) | 11/11/15 | J | A | |
| 346. | | | | | Sold | 12/16/15 | J | A | |
| 347.  Hewlett Packard Enterprise Co. (formerly<br>Hewlett Packard Co.) | A | Dividend | J | T | Buy<br>(add'l) | 01/08/15 | J | | |
| 348. | | | | | Sold<br>(part) | 12/02/15 | J | A | |
| 349.  HP Inc. | A | Dividend | J | T | Buy | 01/08/15 | J | | |
| 350. | | | | | Sold<br>(part) | 12/22/15 | J | A | |
| 351.  Intercontinental Exchange Inc. | A | Dividend | | | Sold<br>(part) | 03/23/15 | J | A | |
| 352. | | | | | Sold | 04/01/15 | J | B | |
| 353.  Intel Corp. | A | Dividend | | | Buy | 01/29/15 | J | | |
| 354. | | | | | Buy<br>(add'l) | 03/06/15 | J | | |
| 355. | | | | | Buy<br>(add'l) | 05/06/15 | J | | |
| 356. | | | | | Buy<br>(add'l) | 05/12/15 | J | | |
| 357. | | | | | Sold | 07/24/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 359. Intuitive Surgical Inc. | A | Dividend | J | T | Buy (add'l) | 02/10/15 | J | | |
| 360. | | | | | Sold (part) | 03/03/15 | J | A | |
| 361. | | | | | Sold (part) | 11/16/15 | J | A | |
| 362. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | M | T | Buy (add'l) | 03/13/15 | J | | |
| 363. | | | | | Buy (add'l) | 06/19/15 | J | | |
| 364. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 365. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 366. IRA-Citibank-CD | A | Interest | J | T | | | | | |
| 367. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 368. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 369. Ishares Trust Ibox High Yield | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 370. ITT Corp. | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 371. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 372. | | | | | Buy (add'l) | 06/25/15 | J | | |
| 373. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 374. | | | | | Sold (part) | 09/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. JetBlue Airways | A | Dividend | J | T | Buy | 07/14/15 | J | | |
| 376. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 377. | | | | | Buy (add'l) | 07/17/15 | J | | |
| 378. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 02/09/15 | J | A | |
| 379. | | | | | Sold (part) | 12/02/15 | J | A | |
| 380. JP Morgan Chase & Co. | A | Dividend | | | Sold (part) | 02/10/15 | J | A | |
| 381. | | | | | Sold | 02/17/15 | J | A | |
| 382. Kimberly-Clark Corp. | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 383. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 384. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 385. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 386. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 387. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 388. Kohls Corp. | A | Dividend | | | Buy | 04/01/15 | J | | |
| 389. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 390. | | | | | Sold (part) | 09/03/15 | J | A | |
| 391. | | | | | Sold | 10/08/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Kroger Co. | A | Dividend | K | T | Sold (part) | 01/02/15 | J | A | |
| 393. | | | | | Sold (part) | 03/02/15 | J | B | |
| 394. | | | | | Sold (part) | 03/11/15 | J | A | |
| 395. | | | | | Sold (part) | 07/09/15 | J | A | |
| 396. | | | | | Sold (part) | 07/10/15 | J | A | |
| 397. L Brands Inc. | A | Dividend | J | T | Buy | 03/25/15 | J | | |
| 398. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 399. L-3 Communications Holdings | A | Dividend | J | T | Buy (add'l) | 02/04/15 | J | | |
| 400. | | | | | Buy (add'l) | 02/06/15 | J | | |
| 401. | | | | | Buy (add'l) | 08/10/15 | J | | |
| 402. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 403. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 404. | | | | | Sold (part) | 11/13/15 | J | A | |
| 405. | | | | | Sold (part) | 11/16/15 | J | A | |
| 406. | | | | | Sold (part) | 12/02/15 | J | A | |
| 407. Legg Mason Clearbridge Appreciation Fund | B | Dividend | L | T | | | | | |
| 408. Legg Mason Inc. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Linear Technology Corp. | A | Dividend | | | Buy | 01/21/15 | J | | |
| 410. | | | | | Buy (add'l) | 01/22/15 | J | | |
| 411. | | | | | Buy (add'l) | 01/23/15 | J | | |
| 412. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 413. | | | | | Sold (part) | 03/18/15 | J | A | |
| 414. | | | | | Sold (part) | 03/30/15 | J | A | |
| 415. | | | | | Sold | 04/02/15 | J | A | |
| 416. Lincoln National Corp. | A | Dividend | | | Sold (part) | 01/06/15 | J | A | |
| 417. | | | | | Sold (part) | 01/07/15 | J | A | |
| 418. | | | | | Sold | 02/02/15 | J | A | |
| 419. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 420. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 421. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 422. Lockheed Martin Corp. | A | Dividend | | | Buy (add'l) | 01/06/15 | J | | |
| 423. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 424. | | | | | Buy (add'l) | 01/29/15 | J | | |
| 425. | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 05/28/15 | J | A | |
| 427. | | | | | Sold (part) | 05/29/15 | J | A | |
| 428. | | | | | Sold (part) | 06/01/15 | J | A | |
| 429. | | | | | Sold (part) | 06/02/15 | J | A | |
| 430. | | | | | Sold (part) | 06/10/15 | J | A | |
| 431. | | | | | Sold | 08/10/15 | J | A | |
| 432. Lyondellbasell Indu - CL A | A | Dividend | K | T | Buy (add'l) | 02/19/15 | J | | |
| 433. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 434. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 435. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 436. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 437. | | | | | Sold (part) | 12/02/15 | J | A | |
| 438. Magna International Inc. | A | Dividend | J | T | Buy | 07/30/15 | J | | |
| 439. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 440. Marathon Petroleum Corp, | A | Dividend | | | Buy | 02/09/15 | J | | |
| 441. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 442. | | | | | Buy (add'l) | 02/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 06/05/15 | J | A | |
| 444. | | | | | Sold | 06/09/15 | J | A | |
| 445. McDonald's Corp. | A | Dividend | J | T | Buy | 09/02/15 | J | | |
| 446. | | | | | Buy (add'l) | 09/10/15 | J | | |
| 447. McKesson Corp. | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 448. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 449. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 450. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 451. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 452. | | | | | Sold (part) | 12/02/15 | J | A | |
| 453. Mead Johnson Nutrition Co. | A | Dividend | | | Sold (part) | 01/15/15 | J | A | |
| 454. | | | | | Sold (part) | 01/26/15 | J | A | |
| 455. | | | | | Sold (part) | 07/10/15 | J | A | |
| 456. | | | | | Sold (part) | 07/14/15 | J | A | |
| 457. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 458. | | | | | Sold (part) | 09/04/15 | J | A | |
| 459. | | | | | Sold | 10/01/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Medtronic Inc. | A | Dividend | J | T | Sold (part) | 01/07/15 | J | A | |
| 461. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 462. | | | | | Sold (part) | 01/27/15 | J | A | |
| 463. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 464. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 465. | | | | | Sold (part) | 07/29/15 | J | A | |
| 466. Merck & Co. Inc. | A | Dividend | J | T | Buy (add'l) | 03/03/15 | J | | |
| 467. | | | | | Buy (add'l) | 03/05/15 | J | | |
| 468. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 469. | | | | | Buy (add'l) | 09/08/15 | J | | |
| 470. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 471. Microsoft Corp. | A | Dividend | K | T | Sold (part) | 01/28/15 | J | A | |
| 472. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 473. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 474. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 475. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 476. | | | | | Buy (add'l) | 06/03/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 54

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

06/28/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 478. | | | | | Sold (part) | 12/02/15 | J | A | |
| 479. | | | | | Sold (part) | 12/21/15 | J | A | |
| 480.  Mobileye NV | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 481. | | | | | Buy (add'l) | 02/11/15 | J | | |
| 482. | | | | | Sold (part) | 05/07/15 | J | A | |
| 483.  Monsanto Co. | A | Dividend | | | Sold (part) | 04/10/15 | J | A | |
| 484. | | | | | Sold | 05/04/15 | J | A | |
| 485.  Monster Beverage Corp. | A | Dividend | K | T | Sold (part) | 02/13/15 | J | A | |
| 486. | | | | | Sold (part) | 02/26/15 | J | A | |
| 487. | | | | | Sold (part) | 03/09/15 | J | A | |
| 488. | | | | | Sold (part) | 04/30/15 | J | B | |
| 489. | | | | | Sold (part) | 09/02/15 | J | B | |
| 490. | | | | | Sold (part) | 12/21/15 | J | A | |
| 491.  Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 492.  Morgan Stanley NY Municipal | A | Dividend | J | T | | | | | |
| 493.  Murphy Oil Corp. | A | Dividend | J | T | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 01/07/15 | J | | |
| 495. | | | | | Buy (add'l) | 06/09/15 | J | | |
| 496. | | | | | Sold (part) | 08/17/15 | J | A | |
| 497. | | | | | Sold (part) | 09/04/15 | J | A | |
| 498. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 499. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 500. | | | | | Buy (add'l) | 11/13/15 | J | | |
| 501. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 502. | | | | | Sold (part) | 12/22/15 | J | A | |
| 503. Netsuite Inc. | A | Dividend | | | Sold (part) | 05/08/15 | J | A | |
| 504. | | | | | Sold | 05/11/15 | J | A | |
| 505. Nike Inc. | A | Dividend | K | T | Sold (part) | 12/21/15 | J | A | |
| 506. Northrop Grumman Corp. | A | Dividend | K | T | Buy | 05/29/15 | J | | |
| 507. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 508. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 509. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 510. Nuveen Municipal Advantage | A | Interest | | | Sold | 12/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 54

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

06/28/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 512. Nuveen NY Amt Free Municipal | B | Interest | J | T | | | | | |
| 513. N.Y. State Urban Development Bonds (Y) | A | Interest | J | T | | | | | |
| 514. NXP Semiconductors NV | A | Dividend | | | Sold (part) | 01/16/15 | J | A | |
| 515. | | | | | Sold | 01/22/15 | J | A | |
| 516. Occidental Petroleum Corp. | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 517. | | | | | Sold | 05/11/15 | J | A | |
| 518. Office Depot Inc. | A | Dividend | | | Sold (part) | 05/27/15 | J | A | |
| 519. | | | | | Sold (part) | 05/28/15 | J | A | |
| 520. | | | | | Sold | 07/15/15 | J | A | |
| 521. Oppenheimer Global Opportunity Fund | B | Dividend | M | T | | | | | |
| 522. Oppenheimer Developing Mkts | A | Dividend | J | T | Buy | 08/20/15 | J | | |
| 523. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 524. Oracle Corp. | A | Dividend | J | T | Buy (add'l) | 08/13/15 | J | | |
| 525. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 526. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 527. | | | | | Sold (part) | 12/02/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 06/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Partnerre Ltd. | A | Dividend | | | Sold (part) | 01/05/15 | J | A | |
| 529. | | | | | Sold (part) | 01/07/15 | J | A | |
| 530. | | | | | Sold (part) | 03/02/15 | J | A | |
| 531. | | | | | Sold (part) | 03/03/15 | J | A | |
| 532. | | | | | Sold (part) | 03/18/15 | J | A | |
| 533. | | | | | Sold (part) | 03/19/15 | J | A | |
| 534. | | | | | Sold (part) | 04/14/15 | J | B | |
| 535. | | | | | Sold (part) | 05/04/15 | J | A | |
| 536. | | | | | Sold (part) | 06/29/15 | J | A | |
| 537. | | | | | Sold | 07/01/15 | J | A | |
| 538. PayPal Holdings | A | Dividend | | | Buy | 07/20/15 | J | | |
| 539. | | | | | Sold (part) | 08/14/15 | J | A | |
| 540. | | | | | Sold (part) | 09/30/15 | J | A | |
| 541. | | | | | Sold | 11/02/15 | J | A | |
| 542. Pepsico Inc. | A | Dividend | K | T | Sold (part) | 01/05/15 | J | A | |
| 543. | | | | | Sold (part) | 03/25/15 | J | A | |
| 544. | | | | | Sold (part) | 03/27/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 54

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

06/28/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 546. | | | | | Buy (add'l) | 05/08/15 | J | | |
| 547. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 548. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 549. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 550. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 551. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 552. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 553. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 554. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 555. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 556. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 557. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 558. | | | | | Sold (part) | 11/12/15 | J | A | |
| 559. | | | | | Sold (part) | 11/16/15 | J | A | |
| 560. | | | | | Sold (part) | 12/21/15 | J | A | |
| 561. Pfizer Inc. | A | Dividend | K | T | Sold (part) | 01/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Pollak, Cheryl L.**

Date of Report: 06/28/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. | | | | | Sold (part) | 01/08/15 | J | A | |
| 563. | | | | | Sold (part) | 01/13/15 | J | A | |
| 564. Pimco Foreign Bond Fund Institutional | A | Dividend | N | T | Buy | 01/06/15 | J | | |
| 565. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 566. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 567. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 568. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 569. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 570. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 571. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 572. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 573. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 574. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 575. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 576. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 577. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 578. | | | | | Buy (add'l) | 12/29/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 580.   Pimco High Yield Fund | A | Dividend | N | T | Buy (add'l) | 01/06/15 | J | | |
| 581. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 582. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 583. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 584. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 585. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 586. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 587. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 588. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 589. | | | | | Sold (part) | 08/17/15 | J | A | |
| 590. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 591. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 592.   Polaris Industries Inc. | A | Dividend | | | Buy (add'l) | 01/07/15 | J | | |
| 593. | | | | | Sold (part) | 06/04/15 | J | A | |
| 594. | | | | | Sold (part) | 06/05/15 | J | A | |
| 595. | | | | | Sold | 06/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. PPL Corporatiom | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 597. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 598. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 599. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 600. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 601. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 602. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 603. | | | | | Sold (part) | 12/02/15 | J | A | |
| 604. Precision Castparts Corp. | A | Dividend | | | Sold | 01/16/15 | J | A | |
| 605. Priceline Group Inc. | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 606. | | | | | Sold (part) | 12/02/15 | J | A | |
| 607. | | | | | Sold (part) | 12/21/15 | J | A | |
| 608. Proctor & Gamble | A | Dividend | | | Sold | 08/17/15 | J | A | |
| 609. Public Storage | A | Dividend | J | T | Buy | 10/02/15 | J | | |
| 610. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 611. | | | | | Buy (add'l) | 10/14/15 | J | | |
| 612. Putnam New Opportunities | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

06/28/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Quintiles Transnational Holding | A | Dividend | | | Buy (add'l) | 08/24/15 | J | | |
| 614. | | | | | Sold | 11/04/15 | J | A | |
| 615. Raytheon Company | A | Dividend | J | T | Buy (add'l) | 01/16/15 | J | | |
| 616. | | | | | Sold (part) | 09/10/15 | J | A | |
| 617. | | | | | Sold (part) | 10/12/15 | J | A | |
| 618. | | | | | Sold (part) | 10/14/15 | J | A | |
| 619. | | | | | Sold (part) | 10/19/15 | J | A | |
| 620. | | | | | Sold (part) | 11/13/15 | J | A | |
| 621. Rockwell Collins Inc. | A | Dividend | J | T | Buy | 07/13/15 | J | | |
| 622. Ross Stores Inc. | A | Dividend | K | T | Buy | 04/10/15 | J | | |
| 623. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 624. | | | | | Buy (add'l) | 05/12/15 | J | | |
| 625. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 626. | | | | | Sold (part) | 11/16/15 | J | A | |
| 627. | | | | | Sold (part) | 11/23/15 | J | A | |
| 628. Schlumberger Ltd. | A | Dividend | J | T | Buy (add'l) | 08/19/15 | J | | |
| 629. | | | | | Sold (part) | 02/03/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold (part) | 02/10/15 | J | A | |
| 631. | | | | | Sold (part) | 07/06/15 | J | A | |
| 632. | | | | | Sold (part) | 12/02/15 | J | A | |
| 633. Schwab Breckinridge (no control) | A | Interest | P1 | T | Buy | 09/15/15 | P1 | | |
| 634. Schwab Gov't Money Fund | A | Dividend | O | T | Sold (part) | 01/05/15 | J | A | |
| 635. | | | | | Buy (add'l) | 01/06/15 | J | | |
| 636. | | | | | Sold (part) | 01/07/15 | J | A | |
| 637. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 638. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 639. | | | | | Sold (part) | 02/18/15 | J | A | |
| 640. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 641. | | | | | Buy (add'l) | 03/03/15 | J | | |
| 642. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 643. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 644. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 645. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 646. | | | | | Buy (add'l) | 06/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 06/10/15 | J | | |
| 648. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 649. | | | | | Buy (add'l) | 08/04/15 | J | | |
| 650. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 651. | | | | | Sold (part) | 08/19/15 | J | A | |
| 652. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 653. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 654. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 655. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 656. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 657. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 658. | | | | | Buy (add'l) | 12/02/15 | J | | |
| 659. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 660. | | | | | Buy (add'l) | 12/09/15 | J | | |
| 661. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 662. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 663. Schwab S&P 500 Index | A | Dividend | L | T | Buy | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Pollak, Cheryl L.

06/28/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 665. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 666. Sealed Air Corp. | A | Dividend | J | T | Buy | 06/26/15 | J | | |
| 667. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 668. | | | | | Sold (part) | 12/02/15 | J | A | |
| 669. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 670. Servicenow Inc. | A | Dividend | J | T | | | | | |
| 671. Sherwin-Williams Co. | A | Dividend | K | T | Sold (part) | 08/24/15 | J | A | |
| 672. | | | | | Sold (part) | 09/04/15 | J | A | |
| 673. | | | | | Sold (part) | 12/02/15 | J | A | |
| 674. SLM Corp. | A | Dividend | | | Sold | 03/30/15 | J | A | |
| 675. SM Energy Co. | A | Dividend | | | Buy | 05/14/15 | J | | |
| 676. | | | | | Sold | 08/25/15 | J | A | |
| 677. Staples Inc. | A | Dividend | | | Buy | 07/21/15 | J | | |
| 678. | | | | | Sold (part) | 10/02/15 | J | A | |
| 679. | | | | | Sold (part) | 10/06/15 | J | A | |
| 680. | | | | | Sold | 10/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Starbucks Corp. | A | Dividend | K | T | Sold (part) | 01/07/15 | J | A | |
| 682. | | | | | Sold (part) | 07/10/15 | J | B | |
| 683. | | | | | Sold (part) | 08/14/15 | J | A | |
| 684. | | | | | Sold (part) | 09/09/15 | J | A | |
| 685. | | | | | Sold (part) | 10/01/15 | J | A | |
| 686. | | | | | Sold (part) | 12/02/15 | J | A | |
| 687. Synchrony Financial | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 688. | | | | | Buy (add'l) | 12/23/15 | J | | |
| 689. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 690. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 691. Templeton Global Bond Fund | A | Dividend | M | T | Buy (add'l) | 02/17/15 | J | | |
| 692. | | | | | Buy (add'l) | 03/16/15 | J | | |
| 693. | | | | | Buy (add'l) | 04/15/15 | J | | |
| 694. | | | | | Buy (add'l) | 05/15/15 | J | | |
| 695. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 696. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 697. | | | | | Buy (add'l) | 08/17/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold (part) | 08/17/15 | J | A | |
| 699. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 700. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 701. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 702. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 703. | | | | | Sold (part) | 12/16/15 | J | A | |
| 704. Thornburg Ltd. | A | Dividend | N | T | Buy (add'l) | 01/30/15 | J | | |
| 705. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 706. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 707. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 708. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 709. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 710. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 711. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 712. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 713. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 714. | | | | | Buy (add'l) | 11/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 716. U.S. Savings Bonds for Children | A | Interest | J | T | | | | | |
| 717. U.S. Treasury Bills | A | Interest | | | Buy | 01/14/15 | M | | |
| 718. | | | | | Buy (add'l) | 01/28/15 | L | | |
| 719. | | | | | Sold (part) | 01/29/15 | L | A | |
| 720. | | | | | Buy (add'l) | 04/01/15 | L | | |
| 721. | | | | | Sold (part) | 04/02/15 | L | A | |
| 722. | | | | | Buy (add'l) | 04/08/15 | L | | |
| 723. | | | | | Sold (part) | 04/09/15 | J | A | |
| 724. | | | | | Buy (add'l) | 04/15/15 | L | | |
| 725. | | | | | Sold (part) | 04/16/15 | L | A | |
| 726. | | | | | Buy (add'l) | 04/29/15 | L | | |
| 727. | | | | | Sold (part) | 04/30/15 | L | A | |
| 728. | | | | | Buy (add'l) | 07/01/15 | L | | |
| 729. | | | | | Sold (part) | 07/02/15 | L | A | |
| 730. | | | | | Buy (add'l) | 07/08/15 | L | | |
| 731. | | | | | Sold (part) | 07/09/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Pollak, Cheryl L.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 07/15/15 | L | | |
| 733. | | | | | Sold (part) | 07/16/15 | L | A | |
| 734. | | | | | Buy (add'l) | 07/29/15 | L | | |
| 735. | | | | | Sold (part) | 07/30/15 | L | A | |
| 736. | | | | | Sold | 09/22/15 | M | A | |
| 737. US Bancorp. | A | Dividend | K | T | Buy (add'l) | 01/07/15 | J | | |
| 738. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 739. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 740. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 741. | | | | | Buy (add'l) | 02/19/15 | J | | |
| 742. | | | | | Sold (part) | 03/23/15 | J | A | |
| 743. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 744. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 745. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 746. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 747. | | | | | Sold (part) | 11/16/15 | J | A | |
| 748. | | | | | Sold (part) | 12/02/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. UGI Corp. | A | Dividend | | | Buy | 04/15/15 | J | | |
| 750. | | | | | Sold | 11/13/15 | J | A | |
| 751. Union Pacific Corp. | A | Dividend | K | T | Sold (part) | 01/05/15 | J | B | |
| 752. | | | | | Sold (part) | 01/20/15 | J | A | |
| 753. Unit EIF Equity S&P 500 | A | Dividend | K | T | | | | | |
| 754. United Parcel Service | A | Dividend | | | Buy | 01/21/15 | J | | |
| 755. | | | | | Sold | 02/11/15 | J | A | |
| 756. United Technologies Corp. | A | Dividend | J | T | Buy | 03/23/15 | J | | |
| 757. | | | | | Buy (add'l) | 03/25/15 | J | | |
| 758. | | | | | Buy (add'l) | 03/26/15 | J | | |
| 759. | | | | | Buy (add'l) | 04/02/15 | J | | |
| 760. | | | | | Buy (add'l) | 07/10/15 | J | | |
| 761. | | | | | Buy (add'l) | 07/13/15 | J | | |
| 762. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 763. | | | | | Sold (part) | 11/16/15 | J | A | |
| 764. | | | | | Sold (part) | 12/02/15 | J | A | |
| 765. Unitedhealth Group Inc. | A | Dividend | K | T | Buy (add'l) | 01/12/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy (add'l) | 01/14/15 | J | | |
| 767. | | | | | Buy (add'l) | 01/30/15 | J | | |
| 768. | | | | | Buy (add'l) | 02/03/15 | J | | |
| 769. | | | | | Buy (add'l) | 02/24/15 | J | | |
| 770. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 771. | | | | | Sold (part) | 06/24/15 | J | A | |
| 772. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 773. | | | | | Buy (add'l) | 10/08/15 | J | | |
| 774. | | | | | Sold (part) | 12/02/15 | J | A | |
| 775. Valero Energy Corp. | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 776. | | | | | Sold (part) | 05/04/15 | J | A | |
| 777. | | | | | Sold (part) | 10/22/15 | J | A | |
| 778. | | | | | Sold (part) | 12/02/15 | J | A | |
| 779. | | | | | Sold (part) | 12/21/15 | J | A | |
| 780. Vanguard Charlotte | A | Dividend | | | Sold | 02/17/15 | J | A | |
| 781. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | N | T | Buy (add'l) | 01/30/15 | J | | |
| 782. | | | | | Buy (add'l) | 02/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 784. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 785. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 786. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 787. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 788. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 789. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 790. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 791. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 792. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 793. VF Corp. | A | Dividend | | | Buy | 01/08/15 | J | | |
| 794. | | | | | Buy (add'l) | 01/12/15 | J | | |
| 795. | | | | | Sold (part) | 03/20/15 | J | A | |
| 796. | | | | | Sold (part) | 03/25/15 | J | A | |
| 797. | | | | | Sold | 03/31/15 | J | A | |
| 798. Verizon Communications Inc. | A | Dividend | | | Sold (part) | 01/07/15 | J | A | |
| 799. | | | | | Sold | 03/26/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. Vertex Pharmaceuticals Inc. | A | Dividend | | | Sold | 05/04/15 | J | A | |
| 801. Visa Inc. | A | Dividend | K | T | Sold (part) | 03/20/15 | J | A | |
| 802. | | | | | Sold (part) | 04/21/15 | J | A | |
| 803. | | | | | Sold (part) | 05/28/15 | J | A | |
| 804. | | | | | Sold (part) | 09/09/15 | J | A | |
| 805. | | | | | Sold (part) | 09/10/15 | J | A | |
| 806. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 807. | | | | | Sold (part) | 11/16/15 | J | A | |
| 808. Voya Financial Inc. | A | Dividend | K | T | Buy | 09/01/15 | J | | |
| 809. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 810. | | | | | Buy (add'l) | 09/14/15 | J | | |
| 811. | | | | | Sold (part) | 11/16/15 | J | A | |
| 812. Walt Disney Co. | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 813. | | | | | Buy (add'l) | 02/20/15 | J | | |
| 814. | | | | | Sold (part) | 08/31/15 | J | A | |
| 815. | | | | | Sold (part) | 10/13/15 | J | A | |
| 816. | | | | | Sold (part) | 10/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold (part) | 10/21/15 | J | A | |
| 818. | | | | | Sold (part) | 12/02/15 | J | A | |
| 819. | | | | | Sold (part) | 12/21/15 | J | A | |
| 820. Westwood Income Oppty | A | Dividend | O | T | Buy (add'l) | 03/30/15 | J | | |
| 821. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 822. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 823. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 824. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 825. Xerox Corp. | A | Dividend | J | T | Buy (add'l) | 11/30/15 | J | | |
| 826. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 827. | | | | | Buy (add'l) | 12/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 6 of 54, Line 49; "Effective 3/17/15, Allergen underwent a merger with Actavis.   On this report we show a complete sale on 10/14/15 which was actually a complete sale in the holding for Allergen and Actavis.

Page 7 of 54, Line 56; "Alphabet Inc." - as of 10/2/15 was formerly known as Google Inc.

Page 24 of 54, Line 347; Effective 11/2/15 Hewlett Packard Co spun off its corporate hardware and services operations as Hewlett Packard Enterprise in a one for one spin off.  HP Inc. maintains the computer and printer business.

Page 35 of 54, Line 538; "PayPal Holdings" - on 7/20/15 EBAY shareholders received 1 share of PayPal Holdings for every share of EBAY held in a 1 for 1 spin off.

Page 41 of 54, Line 633, "Schwab Breckinridge" - In September 2015, money in my husband's name in his Morgan Lewis IRA cash balance plan was transferred to Schwab Breckinridge.

Page 43 of 54, Line 669; "Seligman Communication Mutual Fund" - this is a holding my husband acquired a very long time ago and we have no way of further describing it.  In efforts of full disclosure, this holding has been disclosed as a precaution rather than omitting it from the report even though he is not sure he still owns it.

FINANCIAL DISCLOSURE REPORT

Page 54 of 54

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

06/28/2016

Pollak, Cheryl L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Cheryl L. Pollak**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544